AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
1/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO DEPUTY

United States of America

v.

Brayan Molina Pinzon,

Defendant.

Case No. 2:26-mj-00416-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Matthew Hernandez, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of January 23, 2026, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Matthew Hernandez*
*Complainant's signature*

Matthew Hernandez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: January 24, 2026

Steve Kim
*Judge's signature*

City and state: Los Angeles, California

Hon. Steve Kim, U.S. Magistrate Judge
*Printed name and title*

AUSA: Christina R.B. López x2475

# AFFIDAVIT

I, Matthew P. Hernandez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and request for issuance of an arrest warrant for, Brayan Molina PINZON ("PINZON") for a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; the observations, training, and experience of other law enforcement agents with whom I have conferred regarding the facts of this investigation; witness interviews that I have conducted; reports that I have read of interviews conducted by other law enforcement agents; and digital evidence that I have reviewed obtained through this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

## II. BACKGROUND OF SPECIAL AGENT MATTHEW HERNANDEZ

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I have been employed by HSI since September 2008. I am currently assigned to the HSI Northridge office in Northridge, California, which is tasked with investigating assault on federal officers, child exploitation, child pornography, cybercrimes, immigration crimes, human rights violations and human smuggling, smuggling of narcotics, weapons, and other types of contraband, financial crimes, and export-import enforcement issues.

4. I have conducted and participated in many aspects of criminal investigations, including conducting physical surveillance, reviewing surveillance footage, serving subpoenas on individuals and entities, debriefing confidential sources, conducting interviews of with witnesses and victims, executing search warrants, reviewing evidence seized during search warrants (including digital evidence such as text messages and audio recordings), and executing arrests. Through my investigations, my training and experience, and the training and experience of other law enforcement personnel with whom I have conferred, I have become familiar with the tactics and methods employed by individuals who assault federal officers.

## III. SUMMARY OF PROBABLE CAUSE

5. On January 23, 2026, while law enforcement officers were in the process of executing an administrative arrest warrant for Brayan Molina PINZON outside of Burbank Police

Department, PINZON bit Detention Officer Juan Barocio, causing the skin to break.



## IV. **STATEMENT OF PROBABLE CAUSE**

6. On January 23, 2026, at approximately 7:15 a.m., Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE/ERO"), Los Angeles Field Office, Ventura Sub-Office, Detention Officers ("DOs") Juan Barocio, Joseph Nino, Herbert Petrosyan, and Jorge Romo-Gonzalez, and Supervisory Detention and Deportation Officer ("SDDO") James Ngalonglay (collectively referred to as the "law enforcement officers") were executing an administrative arrest warrant for Brayan Molina PINZON, who was previously being held at Burbank Police Department in Burbank, California, within the Central District of California.

7. The following information was provided to me by DO Barocio and SDDO Ngalongalay:

a. Between approximately 7:10 a.m. and 7:15 a.m., law enforcement officers were positioned near the jail office

door of the Burbank Police Department, located near 200 North 3rd Street, Burbank, California.

b. PINZON exited through the jail office door at approximately 7:15 a.m. DOs Barocio and Nino encountered PINZON and identified themselves in the Spanish language to PINZON as ICE/ERO officers and asked PINZON his name (which PINZON confirmed). DO Barocio also recognized PINZON from previous arrest photographs.

c. DO Nino approached PINZON from PINZON's left side, while DO Barocio approached PINZON from PINZON's right side. As DO Barocio attempted to handcuff PINZON's right wrist, PINZON began actively resisting arrest by pulling away from law enforcement officers and yelling, resulting in a physical struggle. PINZON eventually fell, hit his head on a handrail, and landed on top of one of the DOs.

d. Law enforcement officers attempted to restrain PINZON. DOs Nino and Petrosyan secured PINZON's upper body, DO Barocio controlled PINZON's legs, and SDDO Ngalongalay placed leg restraints onto PINZON's legs. Law enforcement officers temporarily restrained PINZON by attaching the one loose handcuff to a handrail until PINZON's left arm was able to be secured. After law enforcement officers secured both PINZON's hands and legs in restraints, they assisted PINZON to a standing position.

e. PINZON continued to actively resist arrest by using his legs to stiffen up and lean back, making it difficult for law enforcement officers to escort him up the several steps

to the street level and then along the sidewalk to the awaiting law enforcement transport vehicle. Law enforcement officers had to move PINZON forward, due to PINZON continuing to actively resist. DO Barocio and SDDO Ngalongalay stated that PINZON continued to yell "ayude me" and "tengo familia aqui," as two unidentified males observed the arrest from across the street.

f. Once law enforcement officers were able to escort PINZON to the open rear passenger door of the law enforcement transport vehicle, DO Barocio, on PINZON's right, placed his hand on top of PINZON's head while SDDO Ngalongalay, on PINZON's left, placed an open hand on PINZON's trapezius muscle to safely place PINZON into the sedan. At this time, PINZON turned toward DO Barocio and bit DO Barocio's right inner bicep. Feeling the bite, DO Barocio pushed PINZON into the car and yelled "He bit me!" several times.

g. Eventually, law enforcement officers secured PINZON inside the law enforcement vehicle and transported him to an immigration detention facility in Camarillo, California, for administrative processing. PINZON's fingerprints and biographical information were then entered into DHS indices.

//

//

8. The following is a picture taken of DO Barocio's right bicep shortly after the incident, while he was still outside Burbank Police Department:



9. According to DO Nino, while PINZON was being transported to Camarillo, PINZON told DO Nino to tell his (DO Nino's) partner sorry.

10. DO Barocio sought medical attention for the bite at Kaiser Permanente Woodland Hills Medical Center. The following is a photograph of DO Barocio's right bicep on January 23, 2026, at approximately 9:45 a.m., while he was at Kaiser Permanente:



11. The following information was provided to me by HSI SA Misty Millier:

a. On January 23, 2026, at approximately 10:55 a.m., while PINZON was in immigration custody in Camarillo, California, HSI SA Miller, HSI SA John Otis, and ICE/ERO DO Alejandro Pomplun conducted a Mirandized interview of PINZON. PINZON was read his Miranda rights and provided a Miranda rights form, both in the Spanish language. PINZON signed the Miranda rights form and agreed to speak with SA Miller, SA Otis, and DO Pomplun.

b. PINZON provided his date of birth as April 9, 2001, and stated he is from Colombia and came to the United States through Mexico two years ago. PINZON claimed asylum in the United States.

c. PINZON told agents he was in Burbank jail for court because he had purchased a vehicle and did not pay the taxes, so the owner reported him.

d. PINZON stated that earlier in the day, outside the Burbank jail, five to six masked men approached him and began attempting to restrain him. PINZON initially claimed that he did not know the men were law enforcement. PINZON stated that as these masked men approached him, he went to the ground and began kicking. PINZON said he was thrown into a pole, had his arm bent, and was handcuffed to a pole outside the jail. PINZON said he was kicking the men and they were punching him in the face.

e. When asked whether if he had bitten one of the men, PINZON indicated that he had. When he was asked why he bit the man, PINZON said that when he was on the ground outside, one of the men had his arm around PINZON's neck and he was being choked.

f. PINZON told agents that everything happened right outside the jail office exit. PINZON said he was handcuffed once he was placed into the car and that no further aggression was used by him.

g. Agents advised PINZON the importance of telling the truth, which PINZON acknowledged, and again stated that he had bit the man at the jail entrance while one of his arms was outstretched and the other was behind his back.

h. PINZON initially referred to the individuals restraining him as masked men but later referred in the interview to the individuals as police officers. PINZON also told agents he knew the individuals were police and observed their identifying markings. But later, PINZON again claimed he did not know these individuals were police.

12. On January 23, 2026, I reviewed surveillance footage from Burbank Police Department that recorded the jail office door area. The video depicts PINZON exiting the jail office door at approximately 7:15:04 a.m. The video shows DO Barocio, wearing olive green color clothing and no mask; DO Nino, who is wearing a blue and grey plaid jacket, grey colored pants and his face not in view of the camera; SDDO Ngalongalay wearing a black

jacket, tan pants and no mask; and DO Petrosyan wearing tan pants.

13. During the encounter, the video shows that PINZON is actively resisting as law enforcement officers attempt to gain control of and arrest him. A short time later, the video shows that law enforcement officers were able to apply leg restraints to PINZON and eventually depart the area by taking the stairs up toward street level.

14. On January 23, 2026, I reviewed surveillance footage from Burbank Police Department that recorded the street view of the area where the arrest and incident took place. The video of the street view depicts law enforcement officers and PINZON arrive street level at approximately 7:17:20 a.m. The video shows PINZON continuing to actively resist arrest law enforcement officers before he is eventually placed in the law enforcement vehicle.

15. At approximately 7:17:47 a.m., the video shows an unidentified individual crossing the street toward the area where law enforcement officers and PINZON are located. The unidentified individual departs less than one minute later. At approximately 7:24:00 a.m., the video shows law enforcement officers departing the Burbank Police Department jail area with PINZON.

16. On January 23, 2026, at approximately 1:15 p.m., I spoke with Burbank Police Department Traffic Clerk Catherine Chaudhry, who overlooks the Burbank Police Department jail

office door. The following comes from my conversation with Ms. Chaudry:

a. Ms. Chaudry said that, sometime before 8:00 a.m., she heard screaming and a scuffle coming from below her office.

b. Ms. Chaudry said that she observed officers on top of a person and after the individual was in handcuffs, the officers walked him to a police car. Ms. Chaudry stated that the officers aggressively pushed the arrested individual into the vehicle.

c. Ms. Chaudry said that she heard an officer advising someone else that he had been bitten. Ms. Chaudry said another officer went and punched the arrested individual after hearing his colleague was bitten, and that this officer was in the front seat and came to the back seat.

d. Ms. Chaudry described the officers as all wearing tan outfits and mask coverings that covered the lower to mid-facial area. Ms. Chaudry stated that the officers and the arrested individual left a short time later.

17. As set forth above, the surveillance video does not show an officer come from the front seat to the backseat or punch PINZON after the bite. The surveillance video also does not indicate that all of the law enforcement officers were masked.

//

//

**CONCLUSION**

18. For all of the reasons described above, there is probable cause to believe that PINZON has committed a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

______________________________
Matthew P. Hernandez
Special Agent, HSI

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1
on this 24th day of
January, 2026.

Steve Kim
____________________________________
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE