```
                                          FILED
                                   CLERK, U.S. DISTRICT COURT

                                         2/11/26

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:      MRV        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRAYAN MOLINA PINZON,<br><br>          Defendant. | CR 2:26-cr-00071-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b):<br>Assault on Federal Officer<br>Resulting in Bodily Injury] |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about January 23, 2026, in Los Angeles County, within the Central District of California, defendant BRAYAN MOLINA PINZON intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.B., an employee of United States Immigration and Customs Enforcement, and, in doing so, made physical contact with J.B., while J.B. was engaged in, and on account of, the

//

//

performance of J.B.'s official duties, resulting in the infliction of bodily injury.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

CHRISTINA R.B. LÓPEZ
Assistant United States Attorney
General Crimes Section

2