UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:26-cr-00071-JWH                                         Date: 3/3/2026

Present: The Honorable: Alka Sagar, United States Magistrate Judge

Interpreter Madeline Rios                    Language: Spanish

| Alma Felix | CS 03/03/2026 | Christopher Jones |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)    ✔ Present    In Custody         Attorneys for Defendants:  ✔ Present  DFPD

Brayan Molina Pinzon                                              Christina Sinha, S/A by Jimmy Threatt

Proceedings: Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel
                                                  Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Madeline Rios; Language: Spanish
* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge John W. Holcomb.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 4/6/2026 9:00 AM;
Status Conference: 3/20/2026 1:00 PM; Motion Hearing: 3/20/2026 1:00 PM
* Government counsel provides trial estimate of 2 days.
* Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:  PSALA        PSAED        PSASA
  ✔ USMLA        USMED       USMSA                Initial Appearance/Appointment of Counsel: 00 : 00
     Statistics Clerk                ✔ Interpreter                              Arraignment: 00 : 05
     CJA Supervising Attorney    Fiscal                    Initials of Deputy Clerk: AF by TRB