UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

Case No. 2:26-cr-00071-AJR Date: May 5, 2026

Present: The Honorable: A. Joel Richlin, U.S. Magistrate Judge

Interpreter Lynmar Vera Tacoronte/Spanish

| Ashley Silva-Elder | N/A | Lloyd Masson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Brayan Molina Pinzon | X | X | | Christina Sinha | X | X | |

**Proceedings:** Change of Plea and Sentencing

Defendant is questioned as to whether he has knowingly and willingly signed the plea agreement.

The government reviews the plea agreement with the Court.

The Court accepts the Defendant's Consent to Proceed Before a Magistrate Judge in a Class A Misdemeanor Case. The Court moves forward to preside in this case.

The government reviews the maximum sentence and penalties of the charge and sets forth the factual basis of the plea.

Defendant is advised of his rights.

Defendant enters a plea of Guilty to the lesser included charge in the Indictment of Simple Assault on a Federal Officer.

The Court accepts the plea of guilty.

The parties waive the right to have a presentence report.

The Defendant shall pay a mandatory special assessment in the amount of $25.00, which is due within 90 days of release. No fine is imposed. Defendant is sentenced to time served with a forthwith release.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Defendant is informed of his right to appeal within 14 days of entry of judgment.
Refer to separate Sentencing and Judgment Order.

cc

00:30

**Initials of Deputy Clerk** asi